Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 6 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>RYAN LEE EMERSON,<br><br>               Defendant. | 4:21-CR-6021-SMJ<br><br>INDICTMENT<br><br>Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Possession with Intent to Distribute 50 Grams Actual (Pure) Methamphetamine (Counts 1, 4)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with Intent to Distribute Fentanyl (Counts 2, 3)<br><br>21 U.S.C. § 853<br>Forfeiture Allegation |

The Grand Jury charges:

### COUNT 1

On or about February 12, 2021, in the Eastern District of Washington, the Defendant, RYAN LEE EMERSON, knowingly and intentionally possessed with intent to distribute 50 grams of actual (pure) methamphetamine, a Schedule II

INDICTMENT – 1

controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

## COUNT 2

On or about February 12, 2021, in the Eastern District of Washington, the Defendant, RYAN LEE EMERSON, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

## COUNT 3

On or about April 30, 2021, in the Eastern District of Washington, the Defendant, RYAN LEE EMERSON, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 4

On or about April 30, 2021, in the Eastern District of Washington, the Defendant, RYAN LEE EMERSON, knowingly and intentionally possessed with intent to distribute 50 grams of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), as set forth in Counts 1 and 4 of this Indictment, and/or of 21 U.S.C. § 841(a)(1), (b)(1)(C), as set forth in Counts 2 and 3 of this Indictment, the Defendant, RYAN LEE EMERSON, shall forfeit to the United States of

INDICTMENT – 2

America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses.

If any forfeitable property, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 26th day of May, 2021.

_____
Foreperson

_____
Joseph H. Harrington
Acting United States Attorney

_____
Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 3