# CHARGES AND PENALTIES

**CASE NAME:** RYAN LEE EMERSON    **CASE NO.** 4:21-CR-6021-SMJ-1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

TOTAL # OF COUNTS: 4    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

May 26, 2021

SEAN F. MCAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1,4 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | Possession with Intent to Distribute 50 Grams Pure/Actual Methamphetamine | CAG not less than 10 years nor more than life; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
| 2,3 | 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Fentanyl | CAG not more than 20 years; and/or $1,000,000 fine; not less than 3 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
|  | 21 U.S.C. § 853 | Forfeiture Allegation |  |