1 Vanessa R. Waldref
United States Attorney
2 Eastern District of Washington
3 Joseph H. Harrington
Assistant United States Attorney
4 Post Office Box 1494
5 Spokane, WA 99210-1494
Telephone: (509) 353-2767
6

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 1 2022

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

RYAN LEE EMERSON,

Defendants.

4:21-CR-06021-SMJ

Substitution and Withdrawal of Counsel for the United States

**SEALED**

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Joseph H. Harrington, Assistant United States Attorney for the Eastern District of Washington, hereby substitutes as counsel of record on behalf of the United States and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, hereby enters her withdrawal on behalf of the United States of America.

Dated: March 1, 2022.

Vanessa R. Waldref
United States Attorney

s/ *[signature]*
Joseph H. Harrington
Assistant United States Attorney.

Substitution and Withdrawal of Counsel for the United States - 1